# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2023

## NO. 03-23-00379-CV

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**Aaron Seymour, Judge Daniel Mills, and Judge Andrew Leonie, Appellees**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.